UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TREVIS C. REYNOLDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:15-CV-36-TAV-CCS |
| | ) | |
| JEREMY UPHAM, individually and | ) | |
| in his official capacity; | ) | |
| CITY OF OAK RIDGE, TENNESSEE; and | ) | |
| JOHN DOES 1-10, individually and | ) | |
| in their official capacities; | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the Court's memorandum opinion filed contemporaneously with this Order, the Motion to Dismiss by Defendants City of Oak Ridge and Jeremy Upham [Doc. 7] is **GRANTED**. Plaintiff's action is **DISMISSED**. The Clerk of Court is **DIRECTED** to close this case.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

s/ Debra C. Poplin
CLERK OF COURT